UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 3:24-CR-0224-X-1 |
| | § | |
| IRA LEE WILKINS, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES
MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  (Doc. 58).  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the Court **DENIES** Defendant Ira Lee Wilkins's motion to withdraw his guilty plea (Doc. 47) and supplementary motion (Doc. 57).

**IT IS SO ORDERED** this 25th day of March, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1